**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION**

**GEARY T. STRANGE,**                                                                                   **PLAINTIFF**

**v.**                                                                                                          **No. 4:05CV82-M-B**

**MS STATE PENITENTIARY, BARBARA HOLLOWAY,
E. L. SPARKMAN, LT. ELLIS and DONALD CABANA,**                         **DEFENDANTS**


**ORDER ADOPTING REPORT AND RECOMMENDATION,
DISMISSING DEFENDANT**


On consideration of the file and record of this action, a hearing having been conducted by

the magistrate judge pursuant to 28 U.S.C. §636(b)(l)(B) and *Spears v. McCotter*, 766 F.2d 179

(5th Cir. l985), the Court finds that the Report and Recommendation of the United States

Magistrate Judge dated July 22, 2005, was on that date duly served by regular mail upon the *pro*

*se* plaintiff; that more than ten days have elapsed since service of said Report and Recommen-

dation; and that no objection thereto has been filed or served by any party.  The Court is of the

opinion that the magistrate judge's Report and Recommendation should be approved and adopted

as the opinion of the Court.  It is, therefore **ORDERED:**

1.  That the Report and Recommendation of the United States Magistrate Judge dated

July 22, 2005, is hereby **APPROVED AND ADOPTED** as the opinion of the Court.

2.  That plaintiff's claims against Defendant Mississippi State Penitentiary are hereby

**DISMISSED** with prejudice.

3.  That the plaintiff's claims against the remaining defendants, Deputy Warden Barbara

Holloway, Deputy Commissioner Emmitt Sparkman, Lt. Ellis, and Superintendent Donald

Cabana, shall proceed.

4.  That this matter is referred to the magistrate judge for further proceedings consistent with the opinion of the Court.

**THIS**, the 13th day of September, 2005.


                    **/s/ Michael P. Mills**
                    **UNITED STATES DISTRICT JUDGE**